# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MONTGOMERY BLAIR SIBLEY,

    Petitioner,

v.                      CASE NO. 4:08cv243-RH/WCS

CHIEF JUSTICE R. FRED LEWIS,
FLORIDA SUPREME COURT

    Respondent.
_____/

## ORDER DISMISSING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 4), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk must enter judgment stating, "The petition is DISMISSED with prejudice." The clerk must close the file.

SO ORDERED on August 24, 2008.

                              s/Robert L. Hinkle
                              Chief United States District Judge